# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00124-CR

**Jose Alberto Alejandro-Najarro, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-16-0499, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due September 5, 2019. On October 11, 2019, this Court sent a notice to appellant's counsel informing him that appellant's brief was overdue and that a failure to file a satisfactory response on or before October 21, 2019, could result in an order from this Court referring the matter to the trial court. *See* Tex. R. App. P. 38.8. On November 7, 2019, appellant's counsel filed a motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 10, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 20, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish